OPINION — AG — **** QUAIL — HUNTING DAYS — DATES — SHOOTING HOURS — LIMIT **** THE LEGAL HUNTING DAYS FOR QUAIL ARE AS PROVIDED IN 29 O.S. 1968 Supp., 252 [29-252] AND 520A, B, AND TO THAT EXTENT 29 O.S. 1961 305 [29-305] IS REPEALED BY IMPLICATION. THE OPENING AND CLOSING DATES, SHOOTING HOURS, BAG AND POSSESSION LIMITS AND MANNER OF TAKING QUAIL FOR 1968-1969 ARE PROVIDED IN 29 O.S. 1961 305-306 [29-305] — [29-306], DALE F. CROWDER